# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Leo Davis, | No. CV-19-01972-PHX-SMB (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Jeans, | |
| Defendant. | |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Camille D. Bibles (Doc. 19). The R&R recommends that Defendants motion for leave to file a third amended complaint be denied. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 19) (citing Rule 72(b), Federal Rules of Civil Procedure; Rule 8(b), Rules Governing Section 2254 Proceedings). Petitioner filed objections on February 13, 2020 (Doc. 20).

The Court has considered the objections and reviewed the Report and Recommendation de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). Specifically, Plaintiff disagrees with Magistrate Judge Camille Bibles' conclusion that the proposed third amended complaint failed to state a claim as to Counts 1 and 3.

The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules

Petitioner's objections. See 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 19) is accepted and Plaintiff's Motion for Leave to Amend Second Amended Complaint (Doc. 17) is **DENIED**.

Dated this 19th day of March, 2020.

Honorable Susan M. Brnovich
United States District Judge