IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Leo Davis,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Jeans,<br><br>    Defendant. | No. CV-19-01972-PHX-SMB (CDB)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 27) ("R&R") entered by United States Magistrate Judge Camille D. Bibles in this matter recommending the Court deny Plaintiff's Motion (Doc. 25) seeking leave to file his fourth amended complaint. Petitioner was warned in the R&R that he had 14 days from its entry on April 29, 2020, in which to file any objections thereto. (Doc. 27 at 21-22.) That deadline passed on May 13, 2020 and Petitioner has filed no objections. The Court may therefore accept the R&R without further review. United States v. Tapia-Reyna, 328 F.3d 1114, 1121 (9th Cir. 2003). And it does so.

The Court nonetheless also has conducted a substantive review of the Petition and the supporting filings, and thereafter concludes that Judge Bible's R&R, and all of its reasoning, is correct.

**IT IS ORDERED** adopting in whole Judge Bible's R&R (Doc. 27) and denying Plaintiff's Motion (Doc. 25).

Dated this 19th day of June, 2020.

*Honorable Susan M. Brnovich*
United States District Judge